## Charles CLARK, Plaintiff–Appellant,

v.

## EXECUTIVE OFFICE FOR the UNITED STATES ATTORNEYS and Office of Information & Privacy—U.S. Department of Justice, Defendants–Appellees.

No. 2006–1233.

United States Court of Appeals,
Federal Circuit.

April 17, 2006.

Charles Clark, pro se.

### ORDER

Charles Clark responds to the court's March 15, 2006 order concerning transfer of his appeal of the November 28, 2005 order in *Clark v. Executive Office for the United States Attorneys*, No. 05–CV–00091, 2005 WL 3201161 (D.D.C.) to the United States Court of Appeals for the District of Columbia Circuit and states that he agrees transfer is appropriate.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal and Clark's motion for leave to proceed in forma pauperis are transferred to the DC Circuit pursuant to 28 U.S.C. § 1631.

## FUNAI ELECTRIC COMPANY, LTD., Plaintiff–Cross Appellant,

v.

## DAEWOO ELECTRONICS CORPORATION and Daewoo Electronics America, Inc., Defendants–Appellants,

and

Daewoo Electronics Company, Ltd., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries, Ltd., Defendants.

Nos. 2006–1186, 2006–1220.

United States Court of Appeals,
Federal Circuit.

April 17, 2006.

### ORDER

Daewoo Electronics Corporation et al. move without opposition to dismiss their appeal of the December 12, 2005 memorandum and order and the October 7, 2005 order of the United States District Court for the Northern District of California in *Funai Elec. Co. v. Daewoo Elec. Corp.*, No. 04–CV–1830. Funai Electric Company, Ltd. moves without opposition to dismiss its appeal of the same decisions.

IT IS ORDERED THAT:

(1) The unopposed motions to dismiss the appeals are granted.

(2) Each side shall bear its own costs.